IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE LEWIS, | ) |
| *Plaintiff,* | ) |
| | ) No. 08 CV ____ |
| -vs- | ) |
| | ) *(jury demand)* |
| CITY OF CHICAGO, P.O. S. SOREGHEN, | ) FILED: JUNE 27, 2008 |
| and P.O. ROBERT MCHALE, | ) 08CV3705 |
| | ) JUDGE HIBBLER |
| *Defendants.* | ) MAGISTRATE JUDGE COLE |

# COMPLAINT
DAJ

Plaintiff, by counsel, alleges as follows:

1. This is a civil action arising under 42 U.S.C. §1983. The jurisdiction of this Court is conferred by 28 U.S.C. §1343 and 28 U.S.C. §1367.

2. Plaintiff George Lewis is a 62 resident of the Northern District of Illinois. Lewis has had his voicebox and vocal cords removed because of cancer and is unable to speak with audible sounds.

3. Defendants S. Soreghen and Robert McHale were at all times relevant acting under color of their authority as police officers of the City of Chicago; each is sued in his individual capacity.

4. Defendant City of Chicago is an Illinois municipal corporation joined in this action pursuant to 28 U.S.C. §1367 as the potential indemnifier of defendants Soreghen and McHale.

5. On November 14, 2007, plaintiff was in his home on the 9200 block of South Brandon in the City of Chicago when defendants Soreghen and

    McHale, acting without a warrant, entered plaintiff's home and conducted an intrusive and unreasonable search.

6. After the above referred search failed to turn up any contraband, one or more of defendants Soreghen and McHale planted contraband within the apartment and then falsely arrested plaintiff.

7. Thereafter, defendants Soreghen and McHale prepared false police reports stating that they had entered the apartment after speaking with plaintiff and thereby caused plaintiff to be charged with a criminal offense.

8. Plaintiff remained in custody until April 20, 2008; the criminal charges against plaintiff were subsequently dismissed in May of 2008.

9. The above described actions of defendants Soreghen and McHale caused plaintiff to be subjected to a false arrest, contrary to rights secured by the Fourth Amendment, and to have been denied Due Process of Law, contrary to the Fourteenth Amendment when he was held in custody on the basis of the criminal charges which defendants Soreghen and McHale caused to be filed against plaintiff.

10. As a result of defendants' wrongful acts, plaintiff lost his liberty for five months.

11. Plaintiff demands trial by jury.

WHEREFORE plaintiff prays that judgment be entered against defendants jointly and severally in an amount in excess of one hundred thousand dollars as compensatory damages and for appropriate punitive damages against defendants Soreghen and McHale.

/s/ Kenneth N. Flaxman

―――――――――――――――

KENNETH N. FLAXMAN
ARDC No. 830399
200 South Michigan Avenue
Suite 1240
Chicago, Illinois 60604-2430

(312) 427-3200 (phone)
(312) 427-3930 (fax)
knf@kenlaw.com

*attorney for plaintiff*