**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>George Lewis<br> -vs-<br>City Of Chicago, P.O. S. Soreghen, P.O. Robert McHale | Case Number:<br>FILED: JUNE 27, 2008<br>08CV3705<br>JUDGE HIBBLER<br>MAGISTRATE JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| | |
|---|---|
| NAME (Type or print)<br>Kenneth N. Flaxman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Kenneth N. Flaxman | |
| FIRM<br>Kenneth N. Flaxman P.C. | |
| STREET ADDRESS<br>200 S Michigan Ave., Ste 1240 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>08830399 | TELEPHONE NUMBER<br>(312) 427-3200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |