### *United States District Court for the Northern District of Illinois*

Case Number: 08CV3705      Assigned/Issued By: DAJ

Judge Name: HIBBLER      Designated Magistrate Judge: COLE

---

### FEE INFORMATION

**Amount Due:**    [✓] $350.00    [ ] $39.00    [ ] $5.00

           [ ] IFP    [ ] No Fee    [ ] Other _____

           [ ] $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00      Receipt #: 2895281

Date Payment Rec'd: 06/27/08      Fiscal Clerk: DAJ

---

### ISSUANCES

[✓] Summons             [ ] Alias Summons

[ ] Third Party Summons      [ ] Lis Pendens

[ ] Non Wage Garnishment Summons      [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons

                                                 _____

[ ] Citation to Discover Assets           (Victim, Against and $ Amount)

[ ] Writ _____
          (Type of Writ)

3 Original and 0 copies on 06/27/08 as to McHale, SOREGHEN,
                          (Date)

CITY OF CHICAGO.

---

C:\wpwin80\docket\feeinfo.frm    03/14/05