IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGE LEWIS, | |
| Plaintiff, | |
| v. | No. 08 CV 03705 |
| THE CITY OF CHICAGO, et al., | Judge Hibbler |
| | Magistrate Judge Cole |
| Defendants. | |

## NOTICE OF PRESENTMENT OF MOTION

To:  Kenneth Flaxman
     200 S. Michigan Ave.
     Suite 1240
     Chicago, IL 60604

On August 26, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge William Hibbler or any Judge sitting in his stead in Room 1225 or the courtroom usually occupied by him in the U.S. District Courthouse, Northern District of Illinois, Eastern Division at Chicago, 219 S. Dearborn St., Chicago, Illinois, and shall then and there move the Court in accordance with the attached City of Chicago's Motion to Extend Time to Answer or Otherwise Plead.

Respectfully submitted,

__/s/ Myron Mackoff____
Attorney for City of Chicago

Myron Mackoff
Richardson & Mackoff, Ltd.
407 S. Dearborn St., Suite 1310
Chicago, IL 60605
Tel. (312) 922-5236
Atty. Bar No 6225518