**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

George Lewis
                               Plaintiff,

v.                                                Case No.: 1:08−cv−03705
                                                         Honorable William J. Hibbler

City of Chicago, et al.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

     MINUTE entry before the Honorable William J. Hibbler:Motion hearing held on 8/26/2008 regarding motion for extension of time to file answer[9]. Motion for extension of time to answer [9] is granted. Answer to the complaint from the City of Chicago is held in abeyance until all defendants have been served. Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.